TERESA WALSH GANLEY, RESPONDENT, v. PHILIP KALIKMAN, APPELLANT.

Submitted May 31, 1929—Decided February 3, 1930.

For the respondent, *Carl Kisselman.*

For the appellant, *D. Trueman Stackhouse.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.